USCA1 Opinion

 

 November 18, 1993 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ___________________ No. 93-1864 IRA GLEN ANTHONY WALTERS, Plaintiff, Appellant, v. UNITED STATES OF AMERICA, ET AL., Defendants, Appellees. __________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Douglas P. Woodlock, U.S. District Judge] ___________________ ___________________ Before Breyer, Chief Judge, ___________ Torruella and Selya, Circuit Judges. ______________ ___________________ Ira Glen Anthony Walter on brief pro se. _______________________ __________________ __________________ Per Curiam. The judgment dismissing plaintiff's ___________ action as barred by the statute of limitations is affirmed for the reasons stated in the district court's July 6, 1993 memorandum. Affirmed. ________ -2-